IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 15 C 4902 |
| | ) | |
| v. | ) | Judge Alonso |
| | ) | Magistrate Judge Brown |
| PROFESSIONAL DIAGNOSTIC | ) | |
| SERVICES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Professional Diagnostic Services, Inc. without prejudice and without costs. The putative class members' claims against Defendant Professional Diagnostic Services, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| Able Home Health, LLC | Professional Diagnostic Services, Inc. |
| | |
| s/Heather Kolbus | s/ Maurice James Salem |
| Heather Kolbus | Maurice James Salem |
| Edelman Combs Latturner & Goodwin, LLC | Law Offices of Salem & Associates, P.C. |
| 20 S. Clark Street, Suite 1500 | 7156 W. 127th Street, B-149 |
| Chicago, Illinois 60603 | Palos Heights, IL 60463 |
| 312-739-4200 | 708-277-4775 |

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on November 19, 2015, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will send notification of such filing to the following:

    Maurice James Salem (salemlaw@comcast.net)
    LAW OFFICES OF SALEM & ASSOCIATES P.C.
    7156 W. 127th Street, B-149
    Palos Heights, IL 60463


                                        s/ Heather Kolbus
                                        Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)